STATE of Missouri, Respondent,

v.

Michael WASHINGTON, Appellant.

Michael WASHINGTON, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 63283, 64767.

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 6, 1994.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

## ORDER

PER CURIAM.

Defendant appeals from his jury verdict based convictions of assault first degree, tampering in the first degree, receiving stolen property and armed criminal action. He also appeals denial of his post-conviction motion challenging the sentence on the assault conviction. We believe no jurisprudential purpose would be served by a written opinion and that the ruling on the Rule 29.15 motion is based on findings of facts that are not clearly erroneous and that no error of law appears. The parties have been furnished with a written statement of the reasons for affirmance.

Judgments affirmed. Rules 30.25(b) and 84.16(b).